**Order filed April 4, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00237-CV
_____

### MICHAEL NORVIL, Appellant

### V.

### BANK OF AMERICA, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1022597**

---

## ORDER

This appeal is from a judgment signed December 3, 2012. Appellant filed a timely motion for new trial. The notice of appeal was due March 4, 2013. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on March 18, 2013, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal.

While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **12 days** after the date of this order. *See* Tex. R. App. P. 26.3;12.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM